UNITED STATES of America,
Plaintiff–Appellee,

v.

Andres FARIAS–CARDENAS,
Defendant–Appellant.

No. 11–10468.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 15, 2013.*

Jan. 16, 2013.

Christina Marie Cabanillas, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Andres Farias–Cardenas, Lompoc, CA, pro se.

Thomas Frank Jacobs, Law Offices of Thomas Jacobs, Tucson, AZ, for Defendant–Appellant.

Before: SILVERMAN, BEA, and NGUYEN, Circuit Judges.

MEMORANDUM ***

Andres Farias–Cardenas appeals from the district court's judgment and challenges his guilty-plea conviction and 46–month sentence for attempted reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Farias–Cardenas's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Farias–Cardenas the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Farias–Cardenas has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.